```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 24323
   DWIGHT M DEERE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2995

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 06/29/2004 and was confirmed 10/04/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  15.14%.

       The case was dismissed after confirmation 03/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG   48995.76           .00         48995.76
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    7450.03           .00          7450.03
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED          .00               .00
ATG CREDIT LLC             NOTICE ONLY     NOT FILED          .00               .00
ALLIED INTERSTATE          UNSECURED       NOT FILED          .00               .00
ARONSON FURNITURE          UNSECURED        1755.08           .00               .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED          .00               .00
BUREAU OF ACCOUNT MANAGE   UNSECURED       NOT FILED          .00               .00
CAPITAL ONE BANK           FILED LATE        310.25           .00               .00
CARE STATIONS PHYSICIANS   UNSECURED       NOT FILED          .00               .00
CITY OF CHICAGO PARKING    UNSECURED         120.00           .00               .00
ECAST SETTLEMENT CORP      UNSECURED       NOT FILED          .00               .00
EMERGENCY HEALTHCARE PHY   UNSECURED       NOT FILED          .00               .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED          .00               .00
EVERGREEN MEDICAL SPECIA   UNSECURED       NOT FILED          .00               .00
FERLEGER & ASSOC           UNSECURED         362.12           .00               .00
FIRST PREMIER BANK         UNSECURED       NOT FILED          .00               .00
FORD MOTOR CREDIT          FILED LATE      14417.49           .00               .00
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED          .00               .00
FORD MOTOR CREDIT CO       NOTICE ONLY     NOT FILED          .00               .00
HOUSEHOLD BANK             UNSECURED       NOT FILED          .00               .00
LINDE & SCHOTTLER          UNSECURED       NOT FILED          .00               .00
LITTLE CO MARY HOSPITAL    UNSECURED       NOT FILED          .00               .00
MALCOLM S GERALD & ASSOC   NOTICE ONLY     NOT FILED          .00               .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED          .00               .00
NORTHLAND GROUP            UNSECURED       NOT FILED          .00               .00
OYSTER BAY CLUB NV         UNSECURED       NOT FILED          .00               .00
PARK DANSEN                UNSECURED       NOT FILED          .00               .00
PLAZA ASSOCIATES           UNSECURED       NOT FILED          .00               .00
RADIOLOGY IMAGING SPECIA   UNSECURED       NOT FILED          .00               .00
ROBERT MISTOVICH           NOTICE ONLY     NOT FILED          .00               .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00               .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 24323 DWIGHT M DEERE
```

```
SONNENSCHEIN FINANCIAL     UNSECURED        NOT FILED              .00              .00
ARONSON FURNITURE          UNSECURED         2014.27               .00              .00
INTERNAL REVENUE SERVICE   PRIORITY         18997.12               .00         13318.08
IRS TAX DIVISION           NOTICE ONLY      NOT FILED              .00              .00
DISTRICT COUNSEL           NOTICE ONLY      NOT FILED              .00              .00
US ATTORNEYS OFFICE        NOTICE ONLY      NOT FILED              .00              .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED              .00              .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED              .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY          2341.75               .00          1641.69
AT & T WIRELESS            UNSECURED        NOT FILED              .00              .00
OSI COLLECTION SERVICES    NOTICE ONLY      NOT FILED              .00              .00
ADT SECURITY SERVICES      UNSECURED        NOT FILED              .00              .00
EQUINOX                    NOTICE ONLY      NOT FILED              .00              .00
TATE & KIRLIN              NOTICE ONLY      NOT FILED              .00              .00
DISH NETWORK               UNSECURED        NOT FILED              .00              .00
THE CBE GROUP INC          NOTICE ONLY      NOT FILED              .00              .00
GREAT EXPECTATIONS         UNSECURED        NOT FILED              .00              .00
HOUSEHOLD BANK             UNSECURED        NOT FILED              .00              .00
HOUSEHOLD BANK             UNSECURED        NOT FILED              .00              .00
NORTHLAND GROUP INC        NOTICE ONLY      NOT FILED              .00              .00
IL STATE DISBURSEMENT UN   FILED LATE       24401.40               .00              .00
OFFICE OF GENERAL COUNSE   NOTICE ONLY      NOT FILED              .00              .00
ROBERT L PERLSTEIN         NOTICE ONLY      NOT FILED              .00              .00
CFC FINANCIAL LLC          NOTICE ONLY      NOT FILED              .00              .00
SPRINT PCS                 UNSECURED        NOT FILED              .00              .00
ANDERSON FINANCIAL NETWO   NOTICE ONLY      NOT FILED              .00              .00
TRI COUNTY ACCOUNTS        UNSECURED        NOT FILED              .00              .00
INTERNAL REVENUE SERVICE   UNSECURED         5206.26               .00              .00
COUNTRYWIDE HOME LOANS     COST OF COLLE     450.00                .00           218.62
ILLINOIS DEPT OF REVENUE   UNSECURED          757.61               .00              .00
TIMOTHY K LIOU             DEBTOR ATTY        799.40                             799.40
TOM VAUGHN                 TRUSTEE                                             4,261.42
DEBTOR REFUND              REFUND                                                   .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 76,685.00

PRIORITY                                      14,959.77
SECURED                                       56,664.41
UNSECURED                                           .00
ADMINISTRATIVE                                   799.40
TRUSTEE COMPENSATION                           4,261.42
DEBTOR REFUND                                       .00
                       ---------------      ---------------
TOTALS                  76,685.00             76,685.00


              PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 24323 DWIGHT M DEERE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE